## VOGEL *v.* LITTLE ROCK.

Decided March 14, 1891.

*Municipal corporation—Contiguous territory.*

> Territory separated from a city by a navigable river is "contiguous," within section 922 of Mansf. Dig., authorizing municipal corporations to annex contiguous territory lying in the same county.

APPEAL from *Pulaski* Circuit Court.

JOSEPH W. MARTIN, Judge.

C. L. Vogel filed a petition in the Pulaski circuit court against the mayor, city clerk, and council of the city of Little Rock, alleging that he was a resident and taxpayer of the unincorporated village of Argenta, in said county, situated on the north side of the Arkansas river, opposite the city of Little Rock; that, on the 15th day of February, 1890, the city council of Little Rock had passed an ordinance by which it was proposed to submit to the electors of said city, at the next annual election, the question as to whether the territory therein described should be annexed

to said city, which territory embraced the entire unincor-porated village aforesaid.

Petitioner alleged that said territory of Argenta, north of the river, was not contiguous to the said city, but was separated from it by the river, which is a navigable stream. Petitioner prayed for a *certiorari* to the said clerk to bring up the ordinance, and that it, or so much of it as related to the territory lying on the north side of said river, might be quashed.

A demurrer to the petition was sustained, the petition was dismissed, and the petitioner excepted and prayed an appeal to this court.

*U. M. & G. B. Rose* for appellant.

*Blackwood & Williams* for appellee.

HEMINGWAY, J. As the territory described in the city ordinance was contiguous to the city of Little Rock, its passage was within the power of the city council, and the demurrer to the petition for *certiorari* was properly sustained for this reason, if for no other.

Affirm.